## THE PEOPLE *against* ROSE.

THE defendant, who was brought up on *habeas corpus,* had been indicted at the last oyer and terminer in *Onondaga* county, under the 20th section of the act declaring the punishment of crimes, (1 *N. R. L.* 412. sess. 36. c. 29.) for aiding a prisoner, who was confined in the gaol of that county for felony, in escaping from the gaol.

It appeared that *Rose,* who was confined in the same gaol for some petty offence, attempted to escape, by breaking the prison; in consequence of which, a fellow prisoner, confined for felony, was enabled to escape,

A person confined in gaol, who attempts to escape, by breaking the prison, in consequence of which a fellow prisoner, confined for felony, escapes from the gaol, is guilty of an offence within the 20th section of the statute, (sess. 36. chap. 29. 1 *N. R. L.* 412.) and may be punished with imprisonment in the state prison.

*E. Williams,* for the defendant, contended, that the prisoner, in breaking the prison, intended only to effect his own escape, and not to aid or assist other prisoners to escape; and that the case did not, therefore, come within the statute.

*Per Curiam.* This case is clearly within the mischief which the statute was made to prevent. The prisoner must, therefore, be sentenced to the state prison, at hard labour, for five years.